No. 421. The People *v.* Lastra.—Appeal from the District Court of Guayama. Decided March 28, 1912. Judgment affirmed. *Mr. Manuel A. Martínez* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 377. The People *v.* Rivera.—Appeal from the District Court of Aguadilla. Decided April 9, 1912. Proceedings quashed on account of the death of the accused. *Mr. Juan B. Soto* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

No. 62. Ex Parte Cuadra.—Proceedings to cancel notarial bond. Decided April 12, 1912. Bond canceled. The petitioner appeared *per se.*

No. 90. Cerra *v.* López, District Judge.—Application for a writ of *certiorari.* Decided April 16, 1912. Application denied on the ground that applicant has an adequate remedy in the ordinary course of law. *Mr. Henry S. Molina* for applicant.

No. 158. Ex Parte Acosta.—Petition by the National Surety Company to cancel notarial bond. Decided April 17, 1912. Bond canceled.

No. 299. Ex Parte Rodríguez.—Petition by the National Surety Company to cancel notarial bond. Decided April 17, 1912. Bond canceled.

No. 135. Ex Parte Wilcox.—Petition by the National Surety Company to cancel notarial bond. Decided April 17, 1912. Bond canceled.